# United States Bankruptcy Court
## Western District of Kentucky

# Voluntary Petition

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Mount Lebanon Personal Care Home** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA James S. Taylor Memorial Home** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**31-1014026** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1015 Magazine Street**<br>**Louisville, KY**                          ZIP Code **40203** | Street Address of Joint Debtor (No. and Street, City, and State):                          ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Jefferson** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                          ZIP Code | Mailing Address of Joint Debtor (if different from street address):                          ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):        **1015 Magazine Street**<br>**Louisville, KY 40203** | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13        ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."        ■ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Mount Lebanon Personal Care Home** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

   ☐ Yes, and Exhibit C is attached and made a part of this petition.

   ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

   ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

   ☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

   ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

   ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

               _____
               (Name of landlord that obtained judgment)

               _____
               (Address of landlord)

   ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

   ☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

   ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition
*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Mount Lebanon Personal Care Home**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

**X** **/s/ Gordon A. Rowe, Jr.**
Signature of Attorney for Debtor(s)

**Gordon A. Rowe, Jr.**
Printed Name of Attorney for Debtor(s)

**Law Office of Gordon Rowe**
Firm Name

**455 South 4th Street**
**Suite 1430**
**Louisville, KY 40202**

Address

**Email: g3rowelaw@aol.com**
**502-584-1300  Fax: 502-584-9555**
Telephone Number

**September 21, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Stephanie Mathis**
Signature of Authorized Individual

**Stephanie Mathis**
Printed Name of Authorized Individual

**Administrator**
Title of Authorized Individual

**September 21, 2010**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Western District of Kentucky

In re    **Mount Lebanon Personal Care Home**

Debtor(s)

Case No. _____

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Accurate Healthcare Professionals**<br>**4109 Broadway Suite111**<br>**Louisville, KY 40218** | **Accurate Healthcare Professionals**<br>**4109 Broadway Suite111**<br>**Louisville, KY 40218** | | | **46,209.13** |
| **City of Louisville**<br>**Economic Development Department**<br>**Metro Development Center**<br>**444 South 5th Street, Suite 600**<br>**Louisville, KY 40202** | **City of Louisville**<br>**Economic Development Department**<br>**Metro Development Center**<br>**Louisville, KY 40202** | **122 Bed Dual Certified Skilled Nursing Care Facility Location: 1015 Magazine Street, Louisville KY 40203** | | **86,169.04**<br>**(4,000,000.00 secured)**<br>**(6,064,549.18 senior lien)** |
| **Dressma Benzinger Lavelle, PSC**<br>**Thomas More Park**<br>**Ft Mitchell, KY 41017-2596** | **Dressma Benzinger Lavelle, PSC**<br>**Thomas More Park**<br>**Ft Mitchell, KY 41017-2596** | | | **19,128.56** |
| **Edina Torlak M.D., PSC**<br>**Baptist Hospital East Doctors Bldg**<br>**Louisville, KY 40207** | **Edina Torlak M.D., PSC**<br>**Baptist Hospital East Doctors Bldg**<br>**Louisville, KY 40207** | **Medical** | | **12,600.00** |
| **Evergreen Rehabilitation, LLC**<br>**136 St. Matthews Ave., Suite 300**<br>**Louisville, KY 40207** | **Evergreen Rehabilitation, LLC**<br>**136 St. Matthews Ave., Suite 300**<br>**Louisville, KY 40207** | | | **208,911.05** |
| **Fifth Third Bank**<br>**38 Fountain Square**<br>**Mail Drop 1COM65**<br>**Cincinnati, OH 45203** | **Fifth Third Bank**<br>**38 Fountain Square**<br>**Mail Drop 1COM65**<br>**Cincinnati, OH 45203** | **122 Bed Dual Certified Skilled Nursing Care Facility Location: 1015 Magazine Street, Louisville KY 40203** | | **935,000.00**<br>**(4,000,000.00 secured)**<br>**(5,129,549.18 senior lien)** |
| **Fore, Miller & Schwartz**<br>**200 S. Fifth Street**<br>**Louisville, KY 40202** | **Fore, Miller & Schwartz**<br>**200 S. Fifth Street**<br>**Louisville, KY 40202** | **Services** | | **110,365.47** |

In re   **Mount Lebanon Personal Care Home**                                    Case No. _____
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Healthcare Services Group Suite 300 Bensalem, PA 19020** | **Healthcare Services Group Suite 300 Bensalem, PA 19020** | | | **65,861.00** |
| **Holdaway Medical Services, Inc. PO Box 678589 Dallas, TX 75267-8589** | **Holdaway Medical Services, Inc. PO Box 678589 Dallas, TX 75267-8589** | | | **45,926.88** |
| **Immanuel Realty 1615 Maple Street Louisville, KY 40210** | **Immanuel Realty 1615 Maple Street Louisville, KY 40210** | | | **16,290.00** |
| **Insight Communications P. O. Box 740273 Louisville, KY 40274-0273** | **Insight Communications P. O. Box 740273 Louisville, KY 40274-0273** | **Services** | | **17,684.23** |
| **Kentucky State Treasurer 100 Fair Oaks, 5th Floor P.O. Box 491 Frankfort, KY** | **Kentucky State Treasurer 100 Fair Oaks, 5th Floor Frankfort, KY** | | | **34,308.24** |
| **Louisville Community Development Bank 2901 West Broadway Louisville, KY 40211** | **Louisville Community Development Bank 2901 West Broadway Louisville, KY 40211** | **122 Bed Dual Certified Skilled Nursing Care Facility Location: 1015 Magazine Street, Louisville KY 40203** | | **450,000.00 (4,000,000.00 secured) (4,679,549.18 senior lien)** |
| **Martha Gregory & Assos 3010 Taylor Springs Drive Louisville, KY 40220** | **Martha Gregory & Assos 3010 Taylor Springs Drive Louisville, KY 40220** | **Services** | | **20,715.63** |
| **McKeeson Medical Surgical Minnesota Supply Inc Cincinnati, OH 45263-0699** | **McKeeson Medical Surgical Minnesota Supply Inc Cincinnati, OH 45263-0699** | | | **33,342.82** |
| **MedLab 665 Ohio Pike Cincinnati, OH 45245** | **MedLab 665 Ohio Pike Cincinnati, OH 45245** | | | **12,259.14** |
| **Peoplefirst Rehabiltation PO Box277365 Atlanta, GA 30384-7365** | **Peoplefirst Rehabiltation PO Box277365 Atlanta, GA 30384-7365** | | | **36,723.27** |
| **Preferred Managment & Consulting 2700 Constant Comment Place Louisville, KY 40299** | **Preferred Managment & Consulting 2700 Constant Comment Place Louisville, KY 40299** | | | **12,410.09** |

In re    __Mount Lebanon Personal Care Home__                                    Case No.    _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Red Mortgage Capital, Inc.**<br>**Two Miranora Place**<br>**Columbus, OH 43215** | **Red Mortgage Capital, Inc.**<br>**Two Miranora Place**<br>**Columbus, OH 43215** | **122 Bed Dual Certified Skilled Nursing Care Facility Location: 1015 Magazine Street, Louisville KY 40203** | | **4,679,549.18**<br><br>**(4,000,000.00 secured)** |
| **Supreme Healthcare Management**<br>**1807 Osman Avenue**<br>**Orlando, FL 32806** | **Supreme Healthcare Management**<br>**1807 Osman Avenue**<br>**Orlando, FL 32806** | | | **46,825.84** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Administrator of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    __September 21, 2010__                Signature    **/s/ Stephanie Mathis**
                                                           **Stephanie Mathis**
                                                           **Administrator**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Western District of Kentucky

In re   **Mount Lebanon Personal Care Home**

                                             Debtor(s)

Case No.

Chapter   **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$3,823,931.51** | **2010 YTD: Business Income** |
| **$6,427,134.17** | **2009: Business Income** |
| **$6,584,031.20** | **2008: Business Income** |

---

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                         SOURCE

**3. Payments to creditors**

None ■  *Complete a. or b., as appropriate, and c.*

a.  *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐  b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **payment to various creditor in ordinary** | | **$0.00** | **$0.00** |

None ■  c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ☐  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Accurate adv. Mount Lebanon Personal Care Home** | **Civil** | **Kentucky** | **Pending** |
| **Evergreen adv. Mount Lebanon Personal Care Home** | **Civil** | **Kentucky** | **Pending** |
| **Bolden adv. Mount Lebanon Personal Care Home** | **Civil** | **Kentucky** | **Pending** |
| **PharMerica adv. Mount Lebanon Personal Care Home** | **Civil** | **Kentucky** | **Pending** |

None ■  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Office of Gordon Rowe 455 South 4th Street Suite 1430 Louisville, KY 40202** | **8/12/2010** | **$10,000.00** |

**10. Other transfers**

None ■    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ☐    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Chase Card Member Service PO Box 15548 Wilmington, DE 19886-5548** | **Credit Card (XX4321)** | **$5,000 (11/9/09)** |

**12. Safe deposit boxes**

None ■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Regina Lyons**<br>**1015 Magazine Street**<br>**Louisville, KY 40203** | **2007-March 2009, August 2009-present** |
| **Charles Alexander**<br>**1015 Magazine Street**<br>**Louisville, KY 40203** | **March 2009-August 2009** |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Regina Lyons** | **1015 Magazine Street**<br>**Louisville, KY 40203** |

None
☐
    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
| --- | --- |
| **Housing and Urban Development** | **Financial Statements Annually** |

---

### 20. Inventories

None
☐
    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
| --- | --- | --- |
| **Annually** | **Ruth Lemoine** | **16,788** |

None
☐
    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
| --- | --- |
| **Annually** | **Regina Lyons**<br>**1015 Magazine Street**<br>**Louisville, KY 40203** |

---

### 21 . Current Partners, Officers, Directors and Shareholders

None
☐
    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |
| **Rev. A Russell Awkard**<br>**PO Box 11067**<br>**Louisville, KY 40251** | **Director** | |
| **Mr. Harry Miller**<br>**1200 Fairland Place**<br>**Louisville, KY 40211** | **Director** | |
| **Mrs. Louise Rucker**<br>**2511 Hale Avenue**<br>**Louisville, KY 40210** | **Director** | |
| **Mrs. Nettie Jasmin**<br>**7704 Adams Stevens Circle**<br>**Louisville, KY 40202** | **Director** | |
| **Ms. Gerry Gordon-Brown**<br>**2111 Ratcliff Avenue**<br>**Louisville, KY 40210** | **Director** | |
| **Rev. Sandra Snowden**<br>**3410 Hurstbourne Avenue**<br>**Louisville, KY 40299** | **Director** | |
| **Mr. Eugene Johnson**<br>**2407 Tradition Circle**<br>**Louisville, KY 40245** | **Director** | |
| **Mrs. Bettie Johnson**<br>**1400 Willow Avenue, Unit 1801-1802**<br>**Louisville, KY 40202** | **Director** | |

None ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

**22 . Former partners, officers, directors and shareholders**

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

None ■ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date __**September 21, 2010**__          Signature     **/s/ Stephanie Mathis**
                                                      **Stephanie Mathis**
                                                      **Administrator**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

In re     **Mount Lebanon Personal Care Home**       ,     Case No. _____

                                     Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **122 Bed Dual Certified Skilled Nursing Care Facility Location: 1015 Magazine Street, Louisville KY 40203** | | - | 4,000,000.00 | 6,150,718.22 |

|  |  |  |
|---|---|---|
| Sub-Total > | **4,000,000.00** | (Total of this page) |
| Total > | **4,000,000.00** | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

In re    **Mount Lebanon Personal Care Home**         ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Petty Cash** | - | 300.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Fifth Third Bank (Donation Account) XX0898** | - | 203.69 |
| | | **Fifth Third Bank (Payroll Account) XX7969** | - | 5,691.14 |
| | | **Fifth Third Bank (Operating Account) XX8912** | - | 238,139.70 |
| | | **Fifth Third Bank (Resident Trust Account) xx0660** | - | 18,613.29 |
| | | **Fifth Third Account XX9732** | - | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    262,947.82
(Total of this page)

  **2**   continuation sheets attached to the Schedule of Personal Property

In re   **Mount Lebanon Personal Care Home**       ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Receivables (Private, Medicaid, Medicare)** | - | 750,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

|  | Sub-Total > | 750,000.00 |
|---|---|---|
|  | (Total of this page) | |

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

In re    **Mount Lebanon Personal Care Home**                                    ,        Case No. _____
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1997 Ford Explorer (Fully Depreciated)** | - | **1,400.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Business Furniture & Fixtures** | - | **885,000.00** |
| 30. Inventory. | | **Inventory** | - | **16,788.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total >   (Total of this page) | **903,188.00** |
|---|---|---|
|  | Total > | **1,916,135.82** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re **Mount Lebanon Personal Care Home** , Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. | | | | Mortgage | | | | | |
| **City of Louisville Economic Development Department Metro Development Center 444 South 5th Street, Suite 600 Louisville, KY 40202** | | - | | **122 Bed Dual Certified Skilled Nursing Care Facility Location: 1015 Magazine Street, Louisville KY 40203** | | | | | |
| | | | | Value $      **4,000,000.00** | | | | **86,169.04** | **86,169.04** |
| Account No. | | | | Mortgage | | | | | |
| **Fifth Third Bank 38 Fountain Square Mail Drop 1COM65 Cincinnati, OH 45203** | | - | | **122 Bed Dual Certified Skilled Nursing Care Facility Location: 1015 Magazine Street, Louisville KY 40203** | | | | | |
| | | | | Value $      **4,000,000.00** | | | | **935,000.00** | **935,000.00** |
| Account No. | | | | Mortgage | | | | | |
| **Louisville Community Development Bank 2901 West Broadway Louisville, KY 40211** | | - | | **122 Bed Dual Certified Skilled Nursing Care Facility Location: 1015 Magazine Street, Louisville KY 40203** | | | | | |
| | | | | Value $      **4,000,000.00** | | | | **450,000.00** | **450,000.00** |
| Account No. | | | | Mortgage | | | | | |
| **Red Mortgage Capital, Inc. Two Miranora Place Columbus, OH 43215** | | - | | **122 Bed Dual Certified Skilled Nursing Care Facility Location: 1015 Magazine Street, Louisville KY 40203** | | | | | |
| | | | | Value $      **4,000,000.00** | | | | **4,679,549.18** | **679,549.18** |

**  0  ** continuation sheets attached

| | Subtotal (Total of this page) | 6,150,718.22 | 2,150,718.22 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 6,150,718.22 | 2,150,718.22 |

.

In re   **Mount Lebanon Personal Care Home**                     ,     Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_1_   continuation sheets attached

In re **Mount Lebanon Personal Care Home** , Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **Wage Claim** | | | | | |
| **Mrs. Bettie Johnson** **1400 Willow Avenue, Unit 1801-1802** **Louisville, KY 40202** | - | | | | | | **Unknown** | **Unknown** / **Unknown** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 / 0.00 |
|---|---|---|
| | | 0.00 |
| | Total (Report on Summary of Schedules) | 0.00 / 0.00 |
| | | 0.00 |

In re   **Mount Lebanon Personal Care Home**       ,    Case No. _____

                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor has an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. **Accurate Healthcare Professionals** **4109 Broadway Suite111** **Louisville, KY 40218** | | - | | | | | | | 46,209.13 |
| Account No. **Ace Hardware Co.** **2610 West Market Street** **Louisville, KY 40212** | | - | | | | | | | 332.00 |
| Account No. **ACF Service Co.** **Commerical Refrigeration & Electric** **Louisville, KY 40299** | | - | | | Services | | | | 782.01 |
| Account No. **Aire Serv. Heating & Air** **PO Box 34102** **Louisville, KY 40232** | | - | | | Services | | | | 3,895.14 |

    __17__   continuation sheets attached

Subtotal        **51,218.28**
(Total of this page)

In re __Mount Lebanon Personal Care Home_____,   Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Alimed, Inc** Account Receivable Dedham, MA 02027-9135 | - | | | | | | 708.98 |
| Account No. **AMS Temporaries** 519 Barret Avenue Louisville, KY 40204 | - | | | | | | 671.31 |
| Account No. **Arjo, Inc** PO Box 640799 Pittsburgh, PA 15264-0799 | - | | | | | | 3,787.95 |
| Account No. **AT&T** PO Box 105262 Atlanta, GA 30348-5262 | - | | Services | | | | 5,257.12 |
| Account No. **Briggs Corporation** PO Box 1355 Des Moines, IA 50305-1355 | - | | | | | | 611.67 |

Sheet no. __1___ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **11,037.03**

In re **Mount Lebanon Personal Care Home** , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Brute, Inc** 1717 Rowan Street Louisville, KY 40203 | - | | | | | | | 2,100.25 |
| Account No. | | | | | | | | |
| **Charles Alexander** 721 W. Muhammad Ali Blvd. Louisville, KY 40203 | - | | | | | | | 11,500.00 |
| Account No. | | | | Services | | | | |
| **Cincinnati Bell Solutions** 1507 Solutions Center Chicago, IL 60677-1005 | - | | | | | | | 384.00 |
| Account No. | | | | Services | | | | |
| **Culligan Water** 490 N. Clark Blvd Clarksville, IN 47129 | - | | | | | | | 651.00 |
| Account No. | | | | | | | | |
| **Darod** PO Box 99085 Louisville, KY 40269 | - | | | | | | | 270.00 |

Sheet no. __2___ of __17___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) — **14,905.25**

In re  **Mount Lebanon Personal Care Home**                                Case No. _____
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Services | | | | |
| David B. Storm & Associates PO Box 1398 Cookeville, TN 38503 | - | | | | | | | 440.09 |
| Account No. | | | | | | | | |
| Direct Supply Equipment Box 88201 Milwaukee, WI 53288-0201 | - | | | | | | | 3,002.54 |
| Account No. | | | | Services | | | | |
| Dish Network Dept. 9235 Palatine, IL 60055-9235 | - | | | | | | | 214.03 |
| Account No. | | | | | | | | |
| Dressma Benzinger Lavelle, PSC Thomas More Park Ft Mitchell, KY 41017-2596 | - | | | | | | | 19,128.56 |
| Account No. | | | | | | | | |
| Duplicator Sales & Services, Inc 831 E. Broadway Louisville, KY 40204 | - | | | | | | | 761.64 |

Sheet no. __3___ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

23,546.86

In re **Mount Lebanon Personal Care Home**                                          ,          Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Ecolab Equipment Care GCS Service, Inc. Chicago, IL 60673-1246 | - | | | | | | | 557.26 |
| Account No. | | | | | | | | |
| Ecolab Inc. PO Box 905327 Charlotte, NC 28290-5327 | - | | | | | | | 3,231.40 |
| Account No. | | Medical | | | | | | |
| Edina Torlak M.D., PSC Baptist Hospital East Doctors Bldg Louisville, KY 40207 | - | | | | | | | 12,600.00 |
| Account No. | | | | | | | | |
| Encompass Textile & Interiors 2609 Territorial Road Saint Paul, MN 55114 | - | | | | | | | 2,741.48 |
| Account No. | | | | | | | | |
| Evergreen Rehabilitation, LLC 136 St. Matthews Ave., Suite 300 Louisville, KY 40207 | - | | | | | | | 208,911.05 |

Sheet no. __4__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **228,041.19**

In re    **Mount Lebanon Personal Care Home**                              ,    Case No. _____
                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Federal Medical Supply**<br>**3316 Perkins Road**<br>**Augusta, GA 30906** | - | | | | | | 289.24 |
| Account No. <br><br>**Fesco Fire Equip**<br>**868 Dr. W.J. Hodge**<br>**Louisville, KY 40210** | - | | | | | | 1,240.00 |
| Account No. <br><br>**Fore, Miller & Schwartz**<br>**200 S. Fifth Street**<br>**Louisville, KY 40202** | - | | Services | | | | 110,365.47 |
| Account No. <br><br>**GLMS Roster**<br>**101 W. Chestnut**<br>**Louisville, KY 40202** | - | | | | | | 99.54 |
| Account No. <br><br>**Guardian Healthcare Providers**<br>**105 West Park Drive**<br>**Brentwood, TN 37027-5062** | - | | | | | | 5,505.96 |

Sheet no. __5__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    117,500.21

In re **Mount Lebanon Personal Care Home** _____ ,    Case No. _____

                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Harrison Medical, Inc.** <br> **721 South Preston Street** <br> **Louisville, KY 40203** | - | | | | | | 1,754.50 |
| Account No. <br><br> **HCPro** <br> **200 Hoods Lane** <br> **Marblehead, MA 01945** | - | | | | | | 59.00 |
| Account No. <br><br> **Healthcare Services Group** <br> **Suite 300** <br> **Bensalem, PA 19020** | - | | | | | | 65,861.00 |
| Account No. <br><br> **HireRight Solutions** <br> **23883 Network Place** <br> **Chicago, IL 60673-1238** | - | | | | | | 425.98 |
| Account No. <br><br> **Holdaway Medical Services, Inc.** <br> **PO Box 678589** <br> **Dallas, TX 75267-8589** | - | | | | | | 45,926.88 |

Sheet no. __6__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                        Subtotal <br> (Total of this page)      114,027.36

In re **Mount Lebanon Personal Care Home**                          Case No. _____
                                                                                    ,
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Horizon HCS, Inc. 1 East First Street, Suite 300 Duluth, MN 55802 | - | | | | | | | 321.81 |
| Account No. | | | | | | | | |
| Horizons Medical Staffing 4010 Dupont Circle Louisville, KY 40207-4881 | - | | | | | | | 757.75 |
| Account No. | | | | | | | | |
| Immanuel Realty 1615 Maple Street Louisville, KY 40210 | - | | | | | | | 16,290.00 |
| Account No. | | | | | | | | |
| Impressions Customized Service 717 S. 1st Street Louisville, KY 40202 | - | | | | | | | 1,250.00 |
| Account No. | | | | | | | | |
| Indiana Department of Revenue 100 North Senate Avenue Indianapolis, IN 46204 | - | | | | | | | 539.11 |

Sheet no. __7__ of __17__ sheets attached to Schedule of                    Subtotal                  19,158.67
Creditors Holding Unsecured Nonpriority Claims                      (Total of this page)

In re   **Mount Lebanon Personal Care Home**                                    ,     Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Services | | | | |
| **Insight Communications P. O. Box 740273 Louisville, KY 40274-0273** | - | | | | | | | 17,684.23 |
| Account No. | | | | | | | | |
| **Ivans PO Box 850001 Orlando, FL 32885-0033** | - | | | | | | | 297.34 |
| Account No. | | | | Services | | | | |
| **Job News PO Box 632896 Cincinnati, OH 45263-2896** | - | | | | | | | 750.00 |
| Account No. | | | | | | | | |
| **Kahsa 2501 Nelson Miller Parkway Louisville, KY 40223** | - | | | | | | | 9,601.41 |
| Account No. | | | | | | | | |
| **Kentucky Association of Healthcare Facilities 9403 Mill Brook Road Louisville, KY 40223** | - | | | | | | | 560.00 |

Sheet no. __8__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            28,892.98

In re     **Mount Lebanon Personal Care Home**                                    Case No. _____
                                                                          ,
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Kentucky State Treasurer** **100 Fair Oaks, 5th Floor** **P.O. Box 491** **Frankfort, KY** | - | | | | | | 34,308.24 |
| Account No. | | | | | | | |
| **Kesa** **PO Box 856300** **Louisville, KY 40285-6300** | - | | | | | | 1,940.00 |
| Account No. | | | | | | | |
| **Koorsen Fire & Security, Inc** **2719 N Arlington Ave** **Indianapolis, IN 46218-3322** | - | | | | | | 148.75 |
| Account No. | | | | | | | |
| **Kroll Background America, Inc.** **PO Box 202740** **Dallas, TX 75320-2740** | - | | | | | | 2,092.25 |
| Account No. | | | | | | | |
| **Lang Co** **540 South 13th Street** **Louisville, KY 40203-1796** | - | | | | | | 3,230.58 |

Sheet no. __9__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **41,719.82**

In re  **Mount Lebanon Personal Care Home**                          Case No. _____
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Louisville Water Co. PO Box 32460 Louisville, KY 40232-2460 | - | | | | | | 5,303.91 |
| Account No. | | | | | | | |
| Maintenance USA PO Box 2317 Atlanta, GA 30384-4295 | - | | | | | | 287.87 |
| Account No. | | | Services | | | | |
| Martha Gregory & Assos 3010 Tayior Springs Drive Louisville, KY 40220 | - | | | | | | 20,715.63 |
| Account No. | | | | | | | |
| Mastercare Patient PO Box 1435 Columbus, NE 68602 | - | | | | | | 3,770.56 |
| Account No. | | | | | | | |
| McBrayer, McGinnis, Lesile Kirkland 201east main street Lexington, KY 40507-2003 | - | | | | | | 5,771.67 |

Sheet no. __10__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    35,849.64

In re   **Mount Lebanon Personal Care Home**                                    ,        Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **McKeeson Medical Surgical Minnesota Supply Inc** Cincinnati, OH 45263-0699 | - | | | | | | 33,342.82 |
| Account No. | | | | | | | |
| **MDI Achieve Inc 7690 Golden Triangle Drive Eden Prairie, MN 55344** | - | | | | | | 3,132.96 |
| Account No. | | | | | | | |
| **Medical Forms International Inc 2210 Soledad Canyon Rd. Bldg e Acton, CA 93510** | - | | | | | | 152.85 |
| Account No. | | | | | | | |
| **MedLab 665 Ohio Pike Cincinnati, OH 45245** | - | | | | | | 12,259.14 |
| Account No. | | | | | | | |
| **Micro Distributing II LTD PO Box 1753 Belton, TX 76513** | - | | | | | | 521.58 |

Sheet no. __11__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **49,409.35**

In re **Mount Lebanon Personal Care Home** ,   Case No. _____

                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | | | | | |
| **Midwest Radiology**<br>**PO Box 4088**<br>**Carmel, IN 46082** | | | | | | | 6,337.45 |
| Account No. | | - | | | | | |
| **Nurse Staffing of Louisville**<br>**PO Box 4729**<br>**Winter Park, FL 32793-4729** | | | | | | | 528.00 |
| Account No. | | - | Goods | | | | |
| **Office Depot**<br>**P O Box 633211**<br>**Cincinnati, OH 45263-3211** | | | | | | | 4,362.84 |
| Account No. | | - | Services | | | | |
| **Okolona Pest Control**<br>**po box19201**<br>**Louisville, KY 40259** | | | | | | | 140.00 |
| Account No. | | - | Services | | | | |
| **Payne Electric Co Inc**<br>**5802 Fern Valley Road**<br>**Louisville, KY 40228** | | | | | | | 6,631.44 |

Sheet no. __12__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                       

(Total of this page)          **17,999.73**

In re  **Mount Lebanon Personal Care Home**                                              ,    Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Peoplefirst Rehabiltation**<br>**PO Box277365**<br>**Atlanta, GA 30384-7365** | - | | | | | | | **36,723.27** |
| Account No.<br><br>**Preferred Managment & Consulting**<br>**2700 Constant Comment Place**<br>**Louisville, KY 40299** | - | | | | | | | **12,410.09** |
| Account No.<br><br>**Raymond Johnson Company, Inc**<br>**1506 W. Main St.**<br>**Louisville, KY 40203** | - | | | | | | | **1,084.47** |
| Account No.<br><br>**Richard's Hood & Duct**<br>**PO Box 911**<br>**Jeffersonville, IN 47130** | - | | | | | | | **700.00** |
| Account No.<br><br>**Risk Management Solutions**<br>**PO box 14178**<br>**Cincinnati, OH 45250-0178** | - | | | | | | | **1,750.00** |

Sheet no. __13__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**52,667.83**

In re **Mount Lebanon Personal Care Home** _____, Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Road To Recovery** **PO Box 302** **Buckner, KY 40010** | - | | | | | | | **2,700.00** |
| Account No. | | **Services** | | | | | | |
| **Rural Metro Ambulance** **Deparment 8121** **Carol Stream, IL 60122-8121** | - | | | | | | | **7,000.00** |
| Account No. | | | | | | | | |
| **Sage Health Service Of Indiana, Inc** **215 S.E. 4th St** **Evansville, IN 47713** | - | | | | | | | **4,529.20** |
| Account No. | | | | | | | | |
| **Sammons Preston Rolyan** **PO Box 93040** **Chicago, IL 60673** | - | | | | | | | **2,800.75** |
| Account No. | | | | | | | | |
| **Secure Care Products, Inc** **PO Box 414550** **Boston, MA 02241-4550** | - | | | | | | | **208.60** |

Sheet no. __14__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**17,238.55**

In re   **Mount Lebanon Personal Care Home**                                            ,        Case No. _____

                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Services | | | | |
| **Shred-It** **10115 Production Court** **Louisville, KY 40299** | - | | | | | | 139.00 |
| Account No. | | | | | | | |
| **Simplex Grinnell's LP** **Dept Ch 10320** **Palatine, IL 60055-0320** | - | | | | | | 470.82 |
| Account No. | | | | | | | |
| **Specialty Lighting & Recycling Inc** **PO Box 643** **Frankfort, IL 60423** | - | | | | | | 380.66 |
| Account No. | | | Services | | | | |
| **Sprint** **PO Box 660092** **Dallas, TX 75266-0092** | - | | | | | | 422.09 |
| Account No. | | | | | | | |
| **Supreme Healthcare Management** **1807 Osman Avenue** **Orlando, FL 32806** | - | | | | | | 46,825.84 |

Sheet no. __15__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  48,238.41

In re **Mount Lebanon Personal Care Home** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Surgical Care Associates 4003 Kresge Way, Suite 100 Louisville, KY 40207-4652 | - | | | | | | | 121.66 |
| Account No. | | | | | | | | |
| Temps PO Box 504463 Saint Louis, MO 63150-4463 | - | | | | | | | 4,898.61 |
| Account No. | | | | | | | | |
| Terry's Satellite City, LLC 7412 Preston Hwy Louisville, KY 40219 | - | | | | | | | 253.94 |
| Account No. | | | | Services | | | | |
| Tom Drexler Plumbing, Inc 2232 Bardstown Road Louisville, KY 40205 | - | | | | | | | 1,871.26 |
| Account No. | | | | Goods & Services | | | | |
| Tyler Mountain Water Co Inc PO Box 849 Nitro, WV 25143-0849 | - | | | | | | | 219.40 |

Sheet no. __16__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **7,364.87**

In re   **Mount Lebanon Personal Care Home**          ,      Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**US Yellowpage**<br>**201 East Jefferson St #179**<br>**Syracuse, NY 13202-2757** | - | | | | | | | 479.95 |
| Account No. <br><br>**Utra-Chem**<br>**PO Box 3717**<br>**Shawnee, KS 66203-2929** | - | | | | | | | 635.00 |
| Account No. <br><br>**Wheatel Communications Inc**<br>**3614 Twin Oak Lane**<br>**Louisville, KY 40219** | - | | | | | | | 300.00 |
| Account No. <br><br><br><br> | | | | | | | | |
| Account No. <br><br><br><br> | | | | | | | | |

Sheet no. __17__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | | 1,414.95 |
| Total<br>(Report on Summary of Schedules) | | 880,230.98 |

In re   **Mount Lebanon Personal Care Home**      ,   Case No. _____

                      Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Duplicator Sales & Services, Inc**<br>**831 E. Broadway**<br>**Louisville, KY 40204** | **Copier Lease** |
| **Ecolab Inc.**<br>**PO Box 905327**<br>**Charlotte, NC 28290-5327** | **Dishwasher Lease** |
| **Lang Co**<br>**540 South 13th Street**<br>**Louisville, KY 40203-1796** | **Copier Lease** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **Mount Lebanon Personal Care Home**        ,    Case No. _____

                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |

**0**
_____ continuation sheets attached to Schedule of Codebtors

# United States Bankruptcy Court
## Western District of Kentucky

In re    **Mount Lebanon Personal Care Home** _____,

                                           Debtor

Case No. _____

Chapter _____ **11** _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 4,000,000.00 | | |
| B - Personal Property | Yes | 3 | 1,916,135.82 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 6,150,718.22 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 18 | | 880,230.98 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 27 | | | |
| Total Assets | | | 5,916,135.82 | | |
| Total Liabilities | | | | 7,030,949.20 | |

.

# United States Bankruptcy Court
## Western District of Kentucky

In re     **Mount Lebanon Personal Care Home**                        ,       Case No. _____

                                            Debtor

Chapter                     **11**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

# United States Bankruptcy Court
## Western District of Kentucky

In re   __Mount Lebanon Personal Care Home__              Case No.   _____

                                            Debtor(s)         Chapter   __11__

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Administrator of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  __29__  sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  __September 21, 2010__             Signature   __/s/ Stephanie Mathis__

                                                   **Stephanie Mathis**
                                                   **Administrator**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Western District of Kentucky

In re __Mount Lebanon Personal Care Home__                          Case No. _____

                                                    Debtor(s)        Chapter __11__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept .................................... $ _____ 10,000.00

    Prior to the filing of this statement I have received ...................... $ _____ 10,000.00

    Balance Due ........................................................................... $ _____ 0.00

2.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  __September 21, 2010__                    **/s/ Gordon A. Rowe, Jr.**
                                                 **Gordon A. Rowe, Jr.**
                                                 **Law Office of Gordon Rowe**
                                                 **455 South 4th Street**
                                                 **Suite 1430**
                                                 **Louisville, KY 40202**
                                                 **502-584-1300  Fax: 502-584-9555**
                                                 **g3rowelaw@aol.com**

---

# United States Bankruptcy Court

## Western District of Kentucky

In re    **Mount Lebanon Personal Care Home**                   ,     Case No. _____

Debtor

Chapter _____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **None** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Administrator of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date\_\_\_\_\_**September 21, 2010**_____      Signature   **/s/ Stephanie Mathis**_____

                                                              **Stephanie Mathis**

                                                              **Administrator**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Kentucky

In re __Mount Lebanon Personal Care Home__      Case No. _____

                                   Debtor(s)      Chapter    __11__

## VERIFICATION OF CREDITOR MATRIX

I, the Administrator of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: __September 21, 2010__          **/s/ Stephanie Mathis**

                                           **Stephanie Mathis**/**Administrator**
                                           Signer/Title

Accurate Healthcare Professionals
4109 Broadway Suite111
Louisville, KY 40218

Ace Hardware Co.
2610 West Market Street
Louisville, KY 40212

ACF Service Co.
Commerical Refrigeration & Electric
Louisville, KY 40299

Aire Serv. Heating & Air
PO Box 34102
Louisville, KY 40232

Alimed, Inc
Account Receivable
Dedham, MA 02027-9135

AMS Temporaries
519 Barret Avenue
Louisville, KY 40204

Arjo, Inc
PO Box 640799
Pittsburgh, PA 15264-0799

AT&T
PO Box 105262
Atlanta, GA 30348-5262

Briggs Corporation
PO Box 1355
Des Moines, IA 50305-1355

Brute, Inc
1717 Rowan Street
Louisville, KY 40203

Charles Alexander
721 W. Muhammad Ali Blvd.
Louisville, KY 40203

Cincinnati Bell Solutions
1507 Solutions Center
Chicago, IL 60677-1005

City of Louisville
Economic Development Department
Metro Development Center
444 South 5th Street, Suite 600
Louisville, KY 40202

Culligan Water
490 N. Clark Blvd
Clarksville, IN 47129

Darod
PO Box 99085
Louisville, KY 40269

David B. Storm & Associates
PO Box 1398
Cookeville, TN 38503

Direct Supply Equipment
Box 88201
Milwaukee, WI 53288-0201

Dish Network
Dept. 9235
Palatine, IL 60055-9235

Dressma Benzinger Lavelle, PSC
Thomas More Park
Ft Mitchell, KY 41017-2596

Duplicator Sales & Services, Inc
831 E. Broadway
Louisville, KY 40204

Ecolab Equipment Care
GCS Service, Inc.
Chicago, IL 60673-1246

Ecolab Inc.
PO Box 905327
Charlotte, NC 28290-5327

Edina Torlak M.D., PSC
Baptist Hospital East Doctors Bldg
Louisville, KY 40207

Encompass Textile & Interiors
2609 Territorial Road
Saint Paul, MN 55114

Evergreen Rehabilitation, LLC
136 St. Matthews Ave., Suite 300
Louisville, KY 40207

Federal Medical Supply
3316 Perkins Road
Augusta, GA 30906

Fesco Fire Equip
868 Dr. W.J. Hodge
Louisville, KY 40210

Fifth Third Bank
38 Fountain Square
Mail Drop 1COM65
Cincinnati, OH 45203

Fore, Miller & Schwartz
200 S. Fifth Street
Louisville, KY 40202

GLMS Roster
101 W. Chestnut
Louisville, KY 40202

Guardian Healthcare Providers
105 West Park Drive
Brentwood, TN 37027-5062

Harrison Medical, Inc.
721 South Preston Street
Louisville, KY 40203

HCPro
200 Hoods Lane
Marblehead, MA 01945

Healthcare Services Group
Suite 300
Bensalem, PA 19020

HireRight Solutions
23883 Network Place
Chicago, IL 60673-1238

Holdaway Medical Services, Inc.
PO Box 678589
Dallas, TX 75267-8589

Horizon HCS, Inc.
1 East First Street, Suite 300
Duluth, MN 55802

Horizons Medical Staffing
4010 Dupont Circle
Louisville, KY 40207-4881

Immanuel Realty
1615 Maple Street
Louisville, KY 40210

Impressions Customized Service
717 S. 1st Street
Louisville, KY 40202

Indiana Department of Revenue
100 North Senate Avenue
Indianapolis, IN 46204

Insight Communications
P. O. Box 740273
Louisville, KY 40274-0273

Ivans
PO Box 850001
Orlando, FL 32885-0033

Job News
PO Box 632896
Cincinnati, OH 45263-2896

Kahsa
2501 Nelson Miller Parkway
Louisville, KY 40223

Kentucky Association of Healthcare
Facilities
9403 Mill Brook Road
Louisville, KY 40223

Kentucky State Treasurer
100 Fair Oaks, 5th Floor
P.O. Box 491
Frankfort, KY

Kesa
PO Box 856300
Louisville, KY 40285-6300

Koorsen Fire & Security, Inc
2719 N Arlington Ave
Indianapolis, IN 46218-3322

Kroll Background America, Inc.
PO Box 202740
Dallas, TX 75320-2740

Lang Co
540 South 13th Street
Louisville, KY 40203-1796

Louisville Community Development Bank
2901 West Broadway
Louisville, KY 40211

Louisville Water Co.
PO Box 32460
Louisville, KY 40232-2460

Maintenance USA
PO Box 2317
Atlanta, GA 30384-4295

Martha Gregory & Assos
3010 Taylor Springs Drive
Louisville, KY 40220

Mastercare Patient
PO Box 1435
Columbus, NE 68602

McBrayer, McGinnis, Lesile Kirkland
201east main street
Lexington, KY 40507-2003

McKeeson Medical Surgical
Minnesota Supply Inc
Cincinnati, OH 45263-0699

MDI Achieve Inc
7690 Golden Triangle Drive
Eden Prairie, MN 55344

Medical Forms International Inc
2210 Soledad Canyon Rd. Bldg e
Acton, CA 93510

MedLab
665 Ohio Pike
Cincinnati, OH 45245

Micro Distributing II LTD
PO Box 1753
Belton, TX 76513

Midwest Radiology
PO Box 4088
Carmel, IN 46082

Mrs. Bettie Johnson
1400 Willow Avenue, Unit 1801-1802
Louisville, KY 40202

Nurse Staffing of Louisville
PO Box 4729
Winter Park, FL 32793-4729

Office Depot
P O Box 633211
Cincinnati, OH 45263-3211

Okolona Pest Control
po box19201
Louisville, KY 40259

Payne Electric Co Inc
5802 Fern Valley Road
Louisville, KY 40228

Peoplefirst Rehabiltation
PO Box277365
Atlanta, GA 30384-7365

Preferred Managment & Consulting
2700 Constant Comment Place
Louisville, KY 40299

Raymond Johnson Company, Inc
1506 W. Main St.
Louisville, KY 40203

Red Mortgage Capital, Inc.
Two Miranora Place
Columbus, OH 43215

Richard's Hood & Duct
PO Box 911
Jeffersonville, IN 47130

Risk Management Solutions
PO box 14178
Cincinnati, OH 45250-0178

Road To Recovery
PO Box 302
Buckner, KY 40010

Rural Metro Ambulance
Deparment 8121
Carol Stream, IL 60122-8121

Sage Health Service Of Indiana, Inc
215 S.E. 4th St
Evansville, IN 47713

Sammons Preston Rolyan
PO Box 93040
Chicago, IL 60673

Secure Care Products, Inc
PO Box 414550
Boston, MA 02241-4550

Shred-It
10115 Production Court
Louisville, KY 40299

Simplex Grinnell's LP
Dept Ch 10320
Palatine, IL 60055-0320

Speciatly Lighting & Recycling Inc
PO Box 643
Frankfort, IL 60423

Sprint
PO Box 660092
Dallas, TX 75266-0092

Supreme Healthcare Management
1807 Osman Avenue
Orlando, FL 32806

Surgical Care Associates
4003 Kresge Way, Suite 100
Louisville, KY 40207-4652

Temps
PO Box 504463
Saint Louis, MO 63150-4463

Terry's Satellite City, LLC
7412 Preston Hwy
Louisville, KY 40219

Tom Drexler Plumbing, Inc
2232 Bardstown Road
Louisville, KY 40205

Tyler Mountain Water Co Inc
PO Box 849
Nitro, WV 25143-0849

US Yellowpage
201 East Jefferson St #179
Syracuse, NY 13202-2757

Utra-Chem
PO Box 3717
Shawnee, KS 66203-2929

Wheatel Communications Inc
3614 Twin Oak Lane
Louisville, KY 40219

# United States Bankruptcy Court
## Western District of Kentucky

In re    **Mount Lebanon Personal Care Home**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Mount Lebanon Personal Care Home**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

September 21, 2010

Date

/s/ Gordon A. Rowe, Jr.

**Gordon A. Rowe, Jr.**

Signature of Attorney or Litigant

Counsel for    **Mount Lebanon Personal Care Home**

**Law Office of Gordon Rowe**
**455 South 4th Street**
**Suite 1430**
**Louisville, KY 40202**
**502-584-1300 Fax:502-584-9555**
**g3rowelaw@aol.com**